```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

NEWARK                                          DATE: January 18, 2006

JUDGE: WALLS

COURT REPORTER: Y. DAVION

DEPUTY CLERK: E. UNDERWOOD

OTHER: _____

Title of Case:                                  Cr. 05-719

MICHAEL RAY AQUINO

Appearances:

Karl Buch, Ausa
Mark Berman, Esq.

Nature of proceedings:

Status conf. Held.

Ordered next status conf. set for 3/14/06.


Hrg. on defts. motion for bail.
Ordered motion denied. Order submitted.



                                         S/ Eric Underwood

12:30 p.m. to 1:30 p.m.